UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CISSE,<br><br>                        Debtor.<br>_____<br><br>MAMADY CISSE,<br><br>                        Appellant,<br><br>v.<br><br>THOMAS BILLINGSLEA; DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                        Appellees. | Case No.: 23-CV-1781-JO-JLB<br><br>**ORDER: (1) DENYING REQUEST TO PROCEED IN FORMA PAUPERIS AND (2) DISMISSING ACTION FOR FAILURE TO PAY THE REQUIRED FILING FEE BY 28 U.S.C. § 1914(a)** |

*Pro se* appellant Mamady Cisse filed a bankruptcy appeal.  Dkt. 1.  He did not pay the civil filing fee required by 28 U.S.C. § 1914(a) and has instead filed a motion to proceed *in forma pauperis* ("IFP").  Dkt. 2.

A party may institute a civil action without prepaying the required filing fee if the Court grants leave to proceed IFP based on indigency.  28 U.S.C. § 1915; *Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007).  Plaintiffs in the Southern District of California seeking to proceed IFP must establish their inability to pay by filing an affidavit

1

along with a completed AO 239 form which includes a statement of all income and assets. *See* CivLR 3.2(a); *see also Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015).

Here, Appellant states that, as a result of his poor financial situation, he is currently receiving insurance and food assistance from the State of California. However, he has not filled out the AO 239 IFP application which the Court uses to assess whether a party is eligible to proceed IFP. Accordingly, the Court DENIES Appellant's motion to proceed IFP. Dkt. 2. If Appellant still wishes to proceed IFP, he is instructed to file a new IFP motion along with the AO 239 application.

Appellant must either (1) file a renewed IFP motion along with the AO 239 application or (2) pay the civil filing fee by November 13, 2023. Failure to complete either option by November 13, 2023 may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated:   October 26, 2023

_____
Hon. Jinsook Ohta
United States District Judge